IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HEATH RODRIGUEZ, )
)
        Plaintiff, )
v. ) Civil Action No. 05-350 Erie
)
PHYSICIAN ASSISTANT )
TAMMY MALLORY, et al., )
)
        Defendant. )

## MEMORANDUM ORDER

AND NOW, *to wit*, this 14th day of April, 2008, upon consideration of Plaintiff's motion [Doc. # 21] for extension of time in which to file objections,

IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiff shall file his objections, if any, to the January 9, 2007 Report and Recommendation of Chief Magistrate Judge Baxter [Doc. # 16] on or before April 28, 2008.

                                        s/ SEAN J. McLAUGHLIN

                                        Sean J. McLaughlin
                                        United States District Judge

cc:    all parties of record
       U.S. Magistrate Judge Baxter